**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| GABRIEL IMBERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 1:10-cv-05024-FB -LB |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| RELIANT CAPITAL SOLUTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of New York, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 16th day of February, 2011.

ATTORNEYS FOR PLAINTIFF
*Gabriel Imbert*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 16th day of February, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 16th day of February, 2011, to:

James W. Christie
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philiadelphia PA 19103


s/Jessica DeCandia
Jessica DeCandia