UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL IMBERT ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 1:10-cv-05024-FB -LB |
| ) | |
| ) | JOINT MOTION FOR DISMISSAL |
| ) | OF CASE WITH PREJUDICE |
| RELIANT CAPITAL SOLUTIONS, LLC ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, Gabriel Imbert, by and through its counsel of record, Weisberg & Meyers, LLC (Dennis R. Kurz) and Defendant, Reliant Capital Solutions, LLC, by and through its attorneys of record, Lisa L. Drouillard, hereby jointly move for dismissal with prejudice of any and all claims that have been or could have been brought in this action against Defendant and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff, with the parties to bear their own costs and attorneys' fees.  As grounds for this motion, the parties advise the Court that this matter has been settled.

Respectfully submitted this 6th day of April, 2011.

ATTORNEYS FOR PLAINTIFF
*Gabriel Imbert*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
ATTORNEYS FOR DEFENDANT

*Motion for Dismissal*
*Page 1 of 2*

*Reliant Capital Solutions, LLC*

By: s/ Lisa L. Drouillard
Lisa L. Drouillard
**Law Office of Lisa K. Drouillard**

Filed electronically on this 6th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 6th day of April, 2011, to:

Lisa K. Drouillard
Law Office of Lisa K. Drouillard
4200 Regent Street
Suite 200
Columbus OH 43219

s/Jessica DeCandia
Jessica DeCandia